UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN DAIRY QUEEN CORPORATION, | CASE NO. C18-66 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ASARA 12458 LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Upon review of the record and pleadings in this matter, procedural concerns have arisen which the Court wishes to address.

Although the Acceptance of Service of Summons and Complaint filed in this case (Dkt. No. 7) was executed by an attorney, no attorney has filed a notice of appearance on behalf of Defendants, which means that they are currently *pro se* parties; i.e., unrepresented by counsel.

Parties have the right to personally plead and conduct their own cases. *See* 28 U.S.C. §1654. However, corporations, LLCs and partnerships may <u>not</u> be represented by unlicensed laypersons, even if those persons own or partly own the business entities. <u>Berrios v. New York City Housing Authority</u>, 564 F.3d 130, 132-33 (2nd Cir. 2009). In order to plead its position before this Court, Defendant ASARA 12458, LLC, must appear through an attorney.

Furthermore, two pleadings which have been submitted by Defendants have been signed by "Shyna Dhanani, on behalf of Defendants, pro se." (*See* Dkt. No. 12, Answer to Complaint at p. 13; and Dkt. No. 13, Defendants' Objections to Plaintiff's Motion at p. 19.) The Court does not know who Ms. Dhanani (she identifies herself as a "she" in the Declaration of Shyna Dhanani; *see* <u>id.</u> at 20) is, but she does not identify herself as an attorney and she is not a named party to the complaint. Therefore, she is not entitled to practice law by filing legal documents on behalf of Defendants.

The Court intends to address these procedural irregularities as follows:

1. The documents filed with Shyna Dhanani's signature (the Defendants' Answer to Complaint at Dkt. No. 12 and Defendants' Objections to Plaintiff's Motion at Dkt. No. 13) will be STRICKEN.

2. Defendant Rizwan Dhanani will be permitted to re-submit the stricken documents on his own behalf as an individual defendant representing himself *pro se*; however, he will <u>not</u> be permitted to file anything on behalf of Defendant ASARA 12458, LLC. He will be given seven (7) days from the date of this order to do so.

3. Defendant ASARA 12458, LLC must appear through counsel or risk taking a default in this litigation.

4. Plaintiff's pending Motion for Preliminary Injunction (Dkt. No. 8) will be re-noted to March 6, 2018.

The clerk is ordered to provide copies of this order to Defendants and to all counsel.

Filed: February 22, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
