HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN DAIRY QUEEN CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASARA 12458, LLC, a Washington limited liability company; and RIZWAN DHANANI, an individual,<br><br>Defendants. | NO. 2:18-cv-00066-MJP<br><br><br><br>**ORDER GRANTING JOINT MOTION TO ENTER PERMANENT INJUNCTION BY CONSENT** |

Based upon Plaintiff and Defendants' Joint Motion to Enter Permanent Injunction By Consent, IT IS HEREBY ORDERED that Defendants ASARA 12458, LLC and Rizwan Dhanani (collectively "Defendants") together with their agents, servants, employees, attorneys, and those persons acting in concert or participation with them, shall:

1. Immediately remove or obliterate all signage, displays, photos or other materials that bear any and all DAIRY QUEEN® and DQ GRILL & CHILL® trademarks, trade names, and numerous other trademarks and service marks that are licensed for use in DAIRY QUEEN® and DQ GRILL & CHILL® restaurants (collectively the "DAIRY QUEEN® Marks");

ORDER GRANTING JOINT MOTION TO ENTER PERMANENT
INJUNCTION BY CONSENT- 1

GARVEY SCHUBERT BARER
A PROFESSIONAL SERVICE CORPORATION
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

2. Immediately remove all DAIRY QUEEN® Marks, signs, insignia, proprietary products, point of sale materials provided by Plaintiff or bearing the DAIRY QUEEN® Marks, promotional or advertising materials provided by Plaintiff or bearing the DAIRY QUEEN® Marks, and proprietary ingredients from their former DQ GRILL & CHILL® restaurant located at 220 15 Avenue N.E., Auburn, Washington 98002 ("Restaurant");

3. Immediately alter the appearance of the Restaurant so as to differentiate the restaurant unmistakably from duly licensed restaurants and stores identified by the DAIRY QUEEN® Marks;

4. Immediately cease and desist from holding themselves out to the public as a DAIRY QUEEN® franchisee and/or operating the Restaurant with a name that is deceptively similar to any of the trademarks, trade names and service marks of ADQ;

5. Immediately cease and desist from selling or using product names that are the same or similar to ADQ's trademarked products;

6. Immediately cease and desist from selling or otherwise disposing of any trademarked or copyrighted materials to any third-party that is not an approved DAIRY QUEEN® franchisee or warehouse;

7. Immediately cease and desist from using the DAIRY QUEEN® Marks in a derogatory, negative or inappropriate matter;

8. Immediately return to ADQ all copies of manual and product preparation materials; and

9. File with the Court and serve on ADQ's counsel, within fourteen (14) days from the date of this Order, (a) photographic evidence and (b) a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with this order for permanent injunction.

//

//

ORDER GRANTING JOINT MOTION TO ENTER PERMANENT
INJUNCTION BY CONSENT- 2

GARVEY SCHUBERT BARER
A PROFESSIONAL SERVICE CORPORATION
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

IT IS SO ORDERED this __17__ day of __April__, 2018.

_[signature]_
HON. MARSHA J. PECHMAN
United States District Judge

PRESENTED BY:

GARVEY SCHUBERT BARER

By _s/ Daniel J. Vecchio_
Daniel J. Vecchio, WSBA #44632
Charles C. Robinson, WSBA #15394
1191 Second Avenue, Suite 1800
Seattle, WA 98101
Tel. (206) 464-3939; Fax (206) 464-0125
dvecchio@gsblaw.com
crobinson@gsblaw.com

GRAY PLANT MOOTY MOOTY & BENNETT, P.A.

By _s/ Craig P. Miller_
Craig P. Miller, MN ID #26961X
_Admitted Pro Hac Vice_
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Tel. 612-632-3258;  Fax: 612-632-4258
craig.miller@gpmlaw.com

_Attorneys for Plaintiff_

LAW OFFICES OF WILLIAM P. McARDEL III

By _s/ William P. McArdell III_
William P. McArdel III, WSBA #13583
1826 114th Avenue NE, Suite 101
Bellevue, WA 98004
Tel. (425) 454-1828  Fax: (425) 454-2645
bill.wpmlaw@comcast.net

_Attorneys for Defendants_

GSB:9371610.1

ORDER GRANTING JOINT MOTION TO ENTER PERMANENT
INJUNCTION BY CONSENT- 3

GARVEY SCHUBERT BARER
A PROFESSIONAL SERVICE CORPORATION
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939