UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN DAIRY QUEEN CORPORATION,<br><br>                Plaintiff,<br><br>     v.<br><br>ASARA 12458 LLC, et al.,<br><br>                Defendants. | CASE NO. C18-66 MJP<br><br>ORDER CLOSING CASE |

      On April 17, 2018, the Court signed an Order Granting Joint Motion to Enter Permanent Injunction by Consent. (Dkt. No. 20.) As part of that order, Defendants agreed to file with the Court within 14 days a document containing photographic evidence and a written report verifying compliance with the terms of the injunction.

      On May 1, 2018, Defendants filed such a document with the Court. (Dkt. No. 21.) Having received no objections from Plaintiff and finding no further cause to maintain this matter as an active case, the Court rules as follows:

      IT IS ORDERED that the matter is TERMINATED and the case is CLOSED.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 8, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge